UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Cause No. SA-23-CR-582 JKP |
| ALYSSA RENEE COCKRUM | § § | |

**Motion to Surrender and Exonerate Appearance Bond**

COMES NOW Defendant ALYSSA RENEE COCKRUM, by her attorney, to ask the Court to enter an order allowing her to surrender and exonerating her Appearance Bond, releasing her from further liability under said bond. She respectfully shows the Court as follows:

On October 24, 2023 an Order Setting Conditions of Release was entered setting Ms. Cockrum's bond in the amount of $30,000. The bond was unsecured. (Doc. 23). Ms. Cockrum posted her bond and was released. (Doc. 24). Thereafter, Ms. Cockrum was taken into custody by the Sheriff of Hopkins County, Texas. A *Writ of Habeas Corpus Ad Prosequendum* was issued to bring Ms. Hopkins into federal custody. (Doc. 56). The Writ was executed and Ms. Hopkins is currently detained at Karnes County Correctional Center.

Ms. Cockrum asks that she be allowed to surrender her bond and taken back into federal custody and further requests an order exonerating the bond and releasing her from liability under it. FED. R. CRIM P. 46(g).

The Government does not oppose this motion.

WHEREFORE, Ms. Cockrum prays that this Court enter an order accepting surrender of the bond executed on October 24, 2023 and exonerating said bond.

Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender

/s/ DAVID KIMMELMAN
Assistant Federal Public Defender
Western District of Texas
300 Convent, Suite 2300
San Antonio, Texas 78205
(210) 472-6700
(210) 472-4454 (Fax)
SBN 11427300
*Attorney for Defendant*

CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Christopher Mangels
Assistant United States Attorney
601 N. W. Loop 410, Suite 600
San Antonio, Texas 78216

/s/ DAVID KIMMELMAN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § | Cause No. SA-23-CR-582 JKP |
| ALYSSA RENEE COCKRUM | § | |

**ORDER**

On this day, the Court considered Defendant's Motion to Self-Surrender and Exonerate Appearance Bond. After due consideration, it is hereby GRANTED and the following orders shall enter:

IT IS HEREBY ORDERED that the Appearance and Compliance Bond executed by Defendant ALYSSA RENEE COCKRUM on October 24, 2023 (Doc. 24) is SURRENDERED and EXONERATED.

SO ORDERED on this the _____ day of _____, 2023.

_____
United States Magistrate Judge